```
                              United States Bankruptcy Court
                               Southern District of Florida

In re:                                                           Case No. 19-17982-AJC
Danny Gomez                                                      Chapter 13
Ana Cecilia Gomez
        Debtors                    CERTIFICATE OF NOTICE

District/off: 113C-1            User: covington             Page 1 of 2             Date Rcvd: Jun 01, 2020
                                Form ID: CGFD45             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db/jdb         Danny Gomez,    Ana Cecilia Gomez,    20001 Coral Sea Road,    Cutler Bay, FL  33189-1529
cr            +Carmax Auto Finance,    Kelley Kronenberg Attorneys at Law,    c/o David Hicks,
                1511 N. Westshore Blvd., Suite 400,    Tampa, FL 33607-4596
cr            +JPMorgan Chase Bank, National Association,    Kahane and Associates, P.A.,
                8201 Peters Rd #3000,    Plantation, FL 33324-3292
95146542       Alma Ata Healthcare LLC,    1225 Alton Road,    Miami Beach, FL 33139-3809
95146543      +Baptist Health South Florida,    PO Box 830880,    Miami, FL 33283-0880
95146545      +CarMax Auto Finance,    PO Box 440609,    Kennesaw, GA 30160-9511
95156505      +CarMax Business Services, LLC,    CarMax Auto Finance,    Attn:  Bankruptcy Department,
                225 Chastain Meadows Court, Suite 210,    Kennesaw, GA 30144-5942
95146548       Emerald Palms,    12325 SW 151st Street,    Miami, FL 33186-5942
95146550      +Investments Retrievers, Inc.,    c/o Nathan A Schwartz, P.A.,    2637 E Atlantic Boulevard,
                #40524,    Pompano Beach, FL 33062-4939
95268795       JPMorgan Chase Bank, National Association,    Chase Records Center,,
                Attn:  Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane, Monroe,LA 71203
95146551       Kendall Credit & Business Service, Inc.,    PO Box 404665,    Atlanta, GA 30384-4665
95146552      +Mercury Credit Card,    PO Box 70168,    Philadelphia, PA 19176-0168
95146553       Nissan Motor Acceptance Corporation,    PO Box 660695,    Dallas, TX 75266-0695
95146554       Radiology Associates of South Florida,    PO Box 919336,    Orlando, FL 32891-9336
95146555       Randle Eastern Ambulance,    7255 NW 19th Street,    Suite C,    Miami, FL 33126-1223
95146556      +South Miami Cardiology, P.A.,    7330 SW 62nd Place,    Suite 310,    South Miami, FL 33143-4825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: FLDEPREV.COM Jun 02 2020 06:48:00      Florida Department of Revenue,    POB 6668,
                Bankruptcy Division,    Tallahassee, FL  32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jun 02 2020 05:08:48      Office of the US Trustee,
                51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
95146544       EDI: CAPITALONE.COM Jun 02 2020 06:48:00      Capital One,    PO Box 60599,
                City of Industry, CA 91716-0599
95205847       EDI: CAPITALONE.COM Jun 02 2020 06:48:00      Capital One Bank (USA), N.A.,
                by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
95146547       EDI: DIRECTV.COM Jun 02 2020 06:48:00      Direct TV,    PO Box 78626,    Phoenix, AZ 85062
95146549      +E-mail/Text: bknotice@ercbpo.com Jun 02 2020 05:09:27      Enhanced Recovery Company,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
95225850      +E-mail/Text: bk@investment-retrievers.com Jun 02 2020 05:09:15      Investment Retrievers, Inc,
                PO Box 4733,    El Dorado Hills CA 95762-0023
95146546       EDI: JPMORGANCHASE Jun 02 2020 06:48:00      Chase,    PO Box 78420,    Phoenix, AZ 85062
95146557       E-mail/Text: bankruptcymortgage@suntrust.com Jun 02 2020 05:08:09      SunTrust,    PO Box 305053,
                Nashville, TN 37230-5053
95202230      +EDI: STF1.COM Jun 02 2020 06:48:00      SunTrust Bank,    Attn: Support Services,
                P.O. Box 85092,    Richmond, VA 23286-0001
95229875      +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 02 2020 05:09:11
                Westlake Financial Services,    4751 Wilshire Blvd, Suite 100,    Los Angeles, CA 90010-3847
95146558       E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 02 2020 05:09:11
                Westlake Financial Services,    PO BOX 76809,    Los Angeles, CA 90076-0809
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                   Signature:  /s/Joseph Speetjens

```
District/off: 113C-1          User: covington              Page 2 of 2                  Date Rcvd: Jun 01, 2020
                              Form ID: CGFD45              Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
              David E. Hicks, Esq.    on behalf of Creditor    Carmax Auto Finance tbyington@kelleykronenberg.com
              Marc   Granger    on behalf of Creditor    JPMorgan Chase Bank, National Association
               mgranger@kahaneandassociates.com,
               bkecf@kahaneandassociates.com;tforeman@kahaneandassociates.com;8163622420@filings.docketbird.com;
               5456272420@filings.docketbird.com
              Nancy K. Neidich     e2c8f01@ch13miami.com,   ecf2@ch13miami.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robert   Sanchez, Esq    on behalf of Debtor Danny  Gomez court@bankruptcyclinic.com,
               r51375@notify.bestcase.com
              Robert   Sanchez, Esq    on behalf of Joint Debtor Ana Cecilia Gomez court@bankruptcyclinic.com,
               r51375@notify.bestcase.com
                                                                                                 TOTAL: 6
```

**CGFD45** (4/23/19)



**ORDERED in the Southern District of Florida on June 1, 2020**

_____
**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 19–17982–AJC**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Danny Gomez
aka Danny D Gomez
20001 Coral Sea Road
Cutler Bay, FL 33189–1529

SSN: xxx–xx–7799

Ana Cecilia Gomez
aka Ana C Gomez, aka Ana Gomez, aka Ana Cecilia Saenz,
aka Ana C Saenz, aka Ana Saenz
20001 Coral Sea Road
Cutler Bay, FL 33189–1529

SSN: xxx–xx–7767

## ORDER GRANTING EX PARTE MOTION TO DISMISS CASE

This matter is before the court on the ex parte Motion to Dismiss Case filed by the debtor. The court having reviewed this matter and being fully advised in the premises. It is

**ORDERED** that:

1. The motion to dismiss is granted and this case is dismissed.

*Page 1 of 2*

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

6. In accordance with Local Rule 1002–1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk shall serve a copy of this order on all parties of record.

*# # #*

*Page 2 of 2*